UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. HOWARD,<br><br>   Petitioner,<br><br> v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>   Respondent. | Case No. 16-cv-07117-VC  (PR)<br><br>**ORDER DISMISSING PETITION AS DUPLICATIVE** |

  On December 14, 2016, Daniel Howard filed this petition for a writ of habeas corpus. The face of the petition indicates that Howard has a pending federal petition challenging the same state court criminal judgment titled, *Howard v. People of the State of California*, 16-cv-4759 NJV (PR).  Therefore, this petition is dismissed as duplicative.  In case number 16-cv-4759 NJV (PR), Howard may bring a motion to amend to include any claims in this petition that he has not alleged in that petition.

  All pending motions in this case shall be administratively terminated.  The Clerk of the Court shall close this case and file a copy of this Order in case number 16-cv-4759 NJV (PR).

  **IT IS SO ORDERED.**

Dated:  February 28, 2017

_____
VINCE CHHABRIA
United States District Judge